UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

DERRICK CAIN,

    Plaintiff,

v.        Case No. 19-10243

RICHARD SNYDER et al.,

    Defendants.
_____/

## JUDGMENT

Pursuant to the court's "Order Dismissing Case," entered on 7/8/2019, it is hereby ORDERED and ADJUDGED that the case is DISMISSED.

Dated at Port Huron, Michigan this **24th** day of October 2019.

        DAVID J. WEAVER
        CLERK OF THE COURT

BY:    S/Lisa Wagner
        Lisa Wagner
        Case Manager and Deputy Clerk to
        Judge Robert H. Cleland
        (810) 292-6522

S:\Cleland\Cleland\HEK\Civil\19-10243.CAIN.judgment.HEK.docx